UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JEROME MUNFORD,<br><br>Plaintiff,<br><br>v.<br><br>J. SANCHEZ, et al.,<br><br>Defendants. | Case No.: 21-cv-00851-JLS-JLB<br><br>**ORDER CONVERTING MANDATORY SETTLEMENT CONFERENCE TO VIDEO CONFERENCE AND ISSUING UPDATED PROCEDURES**<br><br>**[ECF No. 14]** |

The Mandatory Settlement Conference ("MSC") in this matter is currently scheduled for August 11, 2022, at 1:45 PM, with Defendants and defense counsel appearing in person. (ECF No. 14 ¶ 10.) The Court hereby **CONVERTS** the entire MSC to a video conference. To facilitate this modification, **IT IS HEREBY ORDERED**:

1. The Court will use its official ZoomGov video conferencing account to hold the MSC. **IF YOU ARE UNFAMILIAR WITH ZOOM:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on

///

///

///

mobile devices through the installation of a free app.[1]  Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device).  Participants are encouraged to create an account, install Zoom, and familiarize themselves with Zoom in advance of the MSC.[2]  There is a cost-free option for creating a Zoom account.

2. Prior to the start of the MSC, the Court will e-mail each MSC participant an invitation to join a Zoom video conference.  Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.  Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that her or his device is plugged in or that a charging cable is readily available during the video conference.  Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation.  **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**.  Zoom may then prompt participants to enter the password included in the invitation.  All participants will be placed in a waiting room until the MSC begins.

3. Each participant should plan to join the Zoom video conference **at least 5 minutes before** the start of the MSC to ensure that the MSC begins on time.

4. Zoom's functionalities will allow the Court to conduct the MSC as it ordinarily would conduct an in-person MSC.  That is, the Court will begin the MSC with all participants joined together in a main session.  After an initial discussion in the main session, the Court will divide participants into separate, confidential sessions, which Zoom

---

[1]  If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.
[2]  For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

calls Breakout Rooms.³  In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence.  Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5. The purpose of the MSC is to permit an informal, candid discussion between the attorneys, parties, and the settlement judge of every aspect of the lawsuit in an effort to achieve a mediated resolution of the case.  All MSC discussions will be off the record, privileged, and confidential.  *See* CivLR 16.3(h).

6. The parties are directed to read and shall comply with § III of Judge Burkhardt's Civil Chambers Rules, which set forth the Court's requirements for the MSC.  Failure to comply with the Court's requirements will be grounds for sanctions.

7. Confidential MSC statements shall be lodged no later than **August 1, 2022** via e-mail at efile_Burkhardt@casd.uscourts.gov and comply with the requirements set forth in § III.C. of Judge Burkhardt's Civil Chambers Rules.⁴  If e-mail is unavailable, MSC statements may be lodged by mail to the U.S. District Court, Southern District of California, Office of the Clerk, Attn: Magistrate Judge Burkhardt's Chambers, 333 West Broadway, Suite 420, San Diego, California 92101.  In addition, for each participant listed pursuant to § III.C.1. the statement shall also include:

    a. An **e-mail address** for the participant to receive the Zoom video conference invitation; and

    b. A **telephone number** where the participant may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference.  (If counsel prefers to have all participants of their

---

³    For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

⁴    A copy of Judge Burkhardt's Civil Chambers Rules was attached to the Case Management Conference Order Regulating Discovery and Other Pretrial Procedures. (*See* ECF No. 14.)

party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

8. As previously stated, MSCs are confidential court proceedings. All attendees must participate from a private and stable location where no individual who is not a party, a party representative, or an attorney for a party can overhear the proceedings. All attendees must be prepared to devote their full attention to the MSC as if they were attending in person. This means that attendees must clear their schedules of all conflicts for the entire period of the MSC.[5] Attendees may not participate from a moving car or a public space. All participants are expected to display the same level of professionalism and civility as they would at an in-person court proceeding. *See* CivLR 2.1; J. Burkhardt's Civ. Chambers R. § I.

9. **Counsel for Defendants shall assist in coordinating the arrangements for Plaintiff's video conference appearance.**

10. All dates, deadlines, and requirements set forth in the Scheduling Order (ECF No. 14), including those pertaining to the MSC, remain in place, except as modified by this Order.

Dated: May 3, 2022

*Jill Burkhardt*
Hon. Jill L. Burkhardt
United States Magistrate Judge

---

[5] MSCs are ordinarily scheduled for three hours but may last considerably longer.