UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THOMAS JEROME MUNFORD, CDCR #BE-8370,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>J. SANCHEZ; A. LARACCO; and T. ARMSTEAD,<br><br>　　　　　　　　　　Defendants. | Case No.: 21-CV-851 JLS (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>(ECF No. 22) |
|---|---|

Presently before the Court is the Parties' Joint Motion to Dismiss Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("Joint Mot.," ECF No. 22). According to the Joint Motion, the Parties have settled the action, with each Party to bear its own costs and attorneys' fees. *See generally id.*

Good cause appearing, the Court **GRANTS** the Joint Motion (ECF No. 22) and **DISMISSES WITH PREJUDICE** this action in its entirety. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: August 5, 2022

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge